**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 07-cv-02521-LTB

EFFKAY ENTERPRISES, a California general partnership,

    Plaintiff,

v.

J.H. CLEANERS, INC., a Colorado corporation;
WILLIAM HUTCHINSON, an individual;
KATZSON BROTHERS., INC., a Colorado corporation; and
DOES 1 through 50,

    Defendants.
_____

**MINUTE ORDER**
_____

    Steven W. Kelly, Esq. and Silver & DeBoskey, A Professional Corporation's Motion to Withdraw (Doc 37 - filed July 3, 2008); Gary A. Meyer, Esq., and Parker, Milliken, Clark, O'Hara & Samuelina, A Professional Corporation's Motion to Withdraw (Doc 38 - filed July 3, 2008); and Pedram F. Mazgani, Esq. and parker, Milliken Clark, O'Hara & Samuelian, A Professional Corporation's Motion to Withdraw (Doc 39 - filed July 3, 2008) are GRANTED.

DATED July 7, 2008
_____