IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 07-cv-02521-LTB-CBS

EFFKAY ENTERPRISES,
a California general partnership,

    Plaintiff,

v.

J. H. CLEANERS, INC.,
a Colorado corporation;
WILLIAM HUTCHINSON,
an individual;
KATZSON BROS, INC.,
a Colorado corporation; and
DOES 1 through 50,

    Defendants.

and

KATZSON BROTHERS, INC.,
a Colorado corporation,

    Third-Party Plaintiff,

v.

KARNEY MANAGEMENT COMPANY,
a California corporation,

v.

    Third-Party Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that the Motion to Vacate Settlement Conference (*doc. #56) is* GRANTED. The settlement conference set for December 12, 2008 is **VACATED**.

**DATED:** December 9, 2008