**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Action No. 07-cv-02521-LTB-CBS

EFFKAY ENTERPRISES, a California general partnership,
        Plaintiff,

v.

J.H. CLEANERS, INC., a Colorado corporation;
WILLIAM HUTCHINSON, an individual;
KATZSON BROTHERS., INC., a Colorado corporation; and
DOES 1 through 50,
        Defendants,

v.

KARNEY MANAGEMENT COMPANY, a California corporation,
        Third-Party Defendant.
_____

ORDER RE: JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT
BETWEEN PLAINTIFF, THIRD-PARTY DEFENDANT AND
DEFENDANT KATZSON BROTHERS, INC.
_____

The Court, upon the Joint Motion for Approval of Settlement Agreement and for

Dismissal of Claims with Prejudice with Contribution Protection filed by Plaintiff Effkay

Enterprises ("Effkey"), Third-Party Defendant Karney Management Company ("Karney")

and Defendant Katzson Brothers, Inc. ("Katzson Bros."), and being duly advised in the

premises, hereby makes the following findings:

        1.      The Settlement Agreement is fair, reasonable, complete and justifiable, and

consistent with the purposes of C.R.S. §§ 13-50.5-101 through 106;

2.     The Settlement Agreement reflects settlement of all claims asserted by Effkay and Karney against Katzson Bros. and of all claims asserted by Katzson Bros. against Effkey and Karney; and

3.     The Settlement Agreement resulted from good faith arms length negotiations between the parties;

4.     Katzson Bros. filed a cross claim against Defendant J.H. Cleaners, Inc. However, J.H. Cleaners, Inc. has not filed a pleading responding to the cross claim and no evidence has been introduced at a hearing or trial.  Therefore, Katzson Bros. cross claim against J.H. Cleaners, Inc. may be dismissed pursuant to F.R.C.P. 41(c).

THEREFORE, THE COURT ORDERS AS FOLLOWS:

1.     The Joint Motion is GRANTED.

2.     The Settlement Agreement attached to the Joint Motion as Exhibit A is APPROVED and is incorporated and made a part of this Order by reference.

3.     Contribution protection under C.R.S. §§ 13-50.5-105 is GRANTED for Defendant Katzson Bros., Inc.  All claims for contribution, recoupment, indemnity and response costs, however denominated, whether under federal, state or common law, which were or could have been asserted against Defendant Katzson Bros. And its affiliates and subsidiaries regarding any claim arising out of any of the matters or transactions alleged or referred to in this action, are ordered barred, extinguished, discharged and satisfied.

4.     All claims asserted against Defendant Katzson Bros. in this action are hereby dismissed with prejudice.

5. All claims asserted by Defendant Katzson Bros. in this action, including counterclaims against Effkay, third-party claims against Karney and cross claims against Defendant J.H. Cleaners, Inc. in this action, are hereby dismissed with prejudice.

Done this ____6th____ day of ____January____, 2009.

BY THE COURT:

___s/Lewis T. Babcock_____
Lewis T. Babcock, Judge