**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 07-cv-02521-LTB-CBS

EFFKAY ENTERPRISES, a California general partnership,
        Plaintiff,

v.

J.H. CLEANERS, INC., a Colorado corporation;
WILLIAM HUTCHINSON, an individual;
KATZSON BROTHERS., INC., a Colorado corporation; and
DOES 1 through 50,
        Defendants,

v.

KARNEY MANAGEMENT COMPANY, a California corporation,
        Third-Party Defendant.
_____

ORDER
_____

THIS MATTER having come before the Court on the Plaintiff and Third-Party Defendant's Motion to Dismiss Without Prejudice and Response to Order to Show Cause (Doc 65 - filed January 19, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE against Defendant William Hutchinson, Defendant J.H. Cleaners, Inc., and Does 1 through 50,** each party to pay their own fees and costs.

BY THE COURT:


     s/Lewis T. Babcock
Lewis T. Babcock, Judge


DATED: January 20, 2009